■ CAROLYN ROGERS, Respondent-Appellant, v DENNIS G. O'HARA, Appellant-Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Reagan, J. (Appeals from Order of Supreme Court, Onondaga

County, Reagan, J.—Summary Judgment.) Present—Callahan, J. P., Green, Pine, Lawton and Davis, JJ.